# Kennedys CMK

120 Mountain View Boulevard
Post Office Box 650
Basking Ridge
New Jersey 07920
USA
T +1 908.848.6300
F +1 908.848.6310
www.kennedyslaw.com

908.848.1224
Gary.Kull@kennedyscmk.com
February 14, 2018

<u>Via ECF</u>
Honorable M. Casey Rodgers
United States District Court
Northern District of Florida
Winston E. Arnow Federal Building
100 North Palafox Street
Pensacola, Florida 32502

    RE:    <u>Bitco Nat'l Ins. Corp. v. Old Dominion Ins. Co.</u>
             Case No: 3:17-cv-00262

             Consolidated with

             <u>Bitco Nat'l Ins. Corp. v. Southern-Owners Ins. Co.</u>
             Case No.:  3:17-cv-00326

Dear Judge Rodgers:

       This firm represents Crum & Forster Specialty Insurance Company ("CFSIC") in Case No. 3:17-CV-00262, referenced above, which is one of the consolidated matters before the Court. I write in response to the Unopposed Motion to Modify the Final Scheduling Order for Mediation and Dispositive Motions Deadlines file by Plaintiff BITCO National Insurance Company ("BITCO"). (Dkt. 45.)

       In its motion, BITCO seeks an extension of the deadlines for mediation and for dispositive motions originally established in the Court's Final Scheduling Order. (Dkt. 45.) CFSIC does not oppose this request.

       However, CFSIC would also request that the Court extend the discovery end date that was set out in the Final Scheduling Order. There is certain limited discovery – essentially document exchanges - that CFSIC (and perhaps others) would like to conduct prior to the summary judgment deadline.

Kennedys Law LLP, a UK Limited Liability Partnership, is a partner of Kennedys CMK LLP.

*Kennedys offices, associations and cooperations:* Australia, Argentina, Belgium, Brazil, Chile, China, Colombia, Denmark, England and Wales, France, Hong Kong, India, Ireland, Italy, Mexico, New Zealand, Northern Ireland, Norway, Pakistan, Peru, Poland, Portugal, Russian Federation, Scotland, Singapore, Spain, Sweden, United Arab Emirates, United States of America.

# Kennedys CMK

Honorable M. Charles Rodgers
February 14, 2018

Bitco Nat'l Ins. Corp. v. Old Dominion Ins. Co.

---

CFSIC would propose the following schedule:

1. Mediation Deadline – March 30, 2018 – this is the date requested by Plaintiff BITCO. Mediation is presently schedule for March 19, 2018.
2. Discovery End Date – April 13, 2018.
3. Summary Judgment Filing Date – April 30, 2018.

In addition, with respect to summary judgment motions, it was our initial thought when first establishing the scheduling order that the basis for an early mediation date, followed by summary judgment motions, was to attempt to settle this case before engaging in costly motion practice. However, BITCO filed a summary judgment motion on February 6. (Docket No. 48.)

Although the BITCO motion is not directed to my client, the issues involved in the summary judgment motion implicate issues that effect my client's defenses in this case. Further, the motion runs contrary to the purpose of scheduling mediation at an early stage in the litigation, as it has placed the parties in a litigation posture, along with the attendant burdens and costs, as opposed to a potential settlement posture.

Therefore, CFSIC requests that the Court hold the pending summary judgment motion in abeyance and establish a briefing schedule for all summary judgment motions, commencing with an initial filing date that coincides with the summary judgment date set forth in the proposed schedule above – April 30, 2018. In this way the parties can engage in discovery and mediate the case (and hopefully settle) prior to preparing and filing multiple summary judgment motions.

Thank you for the Court's consideration of the issues addressed herein.

Respectfully submitted,

Gary S. Kull

cc: All counsel of record